IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANE HARRIS WILLIE,** )<br>*As Administratrix of the Estate of* )<br>*Akeem Juwan Willie* )<br> )<br>**Plaintiff,** )<br>v. )<br> )<br>**KAREN M. ALOISE, et. al.,** )<br> )<br>**Defendants.** ) | Civil Action No. 24-494 |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On October 8, 2024, the Magistrate Judge issued a Report and Recommendation, ECF No. 28, recommending that the Motion to Dismiss filed by Wellpath, LLC, and its individual medical Defendants, be granted in part and denied in part, and that Plaintiff be permitted leave to amend. The parties were informed that objections to the Report and Recommendation were due by October 22, 2024. *See* 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2. No Objections have been filed.

On November 19, 2024, Counsel for Defendants Wellpath, LLC, Karen Aloise, Jessica Rummel, Christine Ambrose, and Michele Rearick (deceased), filed a Suggestion of Bankruptcy and Notice of Stay. ECF No. 31. As a result, this case was stayed until June 30, 2025, when the stay was lifted, and the case reopened. ECF No. 36. On July 30, 2025, the Magistrate Judge granted Wellpath's Motion to Dismiss, which the Court construes as a recommendation that all claims against Wellpath, LLC be dismissed with prejudice. ECF No. 43. On August 28, 2025, this case was stayed, only until October 3, 2025, as a result of the Pennsylvania Office of

Attorney General having experienced a cyber incident that impaired its ability to access electronic case records. ECF No. 44. That stay has now been lifted and the case may proceed.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, and the Order granting Wellpath's Motion to Dismiss, the following order is entered:

AND NOW, this 9th day of October 2025, it is ORDERED that the Report and Recommendation, ECF No. 28, filed on October 8, 2024, by Magistrate Judge Kelly, is adopted as the Opinion of the Court, with the exception that the Report and Recommendation as to Defendant Wellpath is moot, because Wellpath has been dismissed from this action due to bankruptcy. The Court further adopts the Magistrate Judge's Order, filed on July 30, 2025, granting Wellpath's Motion to Dismiss.

IT IS FURTHER ORDERED as follows:

A. The Motion to Dismiss, ECF No. 4, filed by Karen M. Aloise, Christie Ambrose, Michelle Rearick (deceased), and Jessica L. Rummel is GRANTED as to Plaintiff's Section 1983 Eighth Amendment claim and Plaintiff's Section 1983 Fourteenth Amendment claim at Counts III, VI, IX, XII, and XV. Said claims are dismissed without prejudice and leave to amend will be permitted.

B. As to amendment, Plaintiff is granted 21 days within which to seek leave from the Magistrate Judge to file an amended complaint to correct the pleading deficiencies identified in the Magistrate Judge's Report.

C. The Motion to Dismiss, ECF No. 4, is DENIED as to Plaintiff's Professional Negligence claims and Plaintiff's Corporate Negligence Claims at Counts I, II, IV, V, VII, VIII, X, XI, XIII, XIV, and XVI.

D. All claims asserted against Defendant Wellpath, LLC are hereby dismissed with prejudice.

This matter is returned to the Magistrate Judge for further proceedings.

                                         s/*Marilyn J. Horan*
                                         Marilyn J. Horan
                                         United States District Court Judge